Fuchsberg, J.
(concurring). I write separately because I believe we should note that, as the objectant conceded at argument, appellant’s so-called "team” method of gathering *739 signatures was not per se improper or irregular. That said, I agree that, under the circumstances of this case, viewed either in the context of this modus operandi or by itself, it cannot be said that the disputed claim that the subscribing witnesses did not in fact administer oaths to 9 of the signators was sufficient to make out a case of permeation of the 6002-signature petition.
Chief Judge Cooke and Judges Jasen, Gabrielli, Jones and Wachtler concur; Judge Fuchsberg concurs in result in a separate memorandum in which Judge Meyer concurs.
Order reversed, without costs, and the judgments of Supreme Court, Kings County, reinstated in a memorandum.